Lodged 2-25-08

JS-6

FILED
CLERK, U.S. DISTRICT COURT

MAR 19 2008

CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JON W. JAMES; J.W. JAMES & ASSOCIATES; J.W. JAMES BORROWING ENTITY, LLC; J.W. JAMES INVESTMENT GROUP FUND ONE, LLC; THE JAMES COMPANY FUND I, LLC; THE JAMES COMPANY BORROWING ENTITY, LLC; VIRTUAL CASH FLOW CORPORATION; THE CLOAKING DEVICE, INC.; and J.W. JAMES ACQUISITIONS, LLC,<br><br>Defendants. | Case No. CV 06-4966 FMC (FFMx)<br><br>~~[PROPOSED]~~ **FINAL JUDGMENT AGAINST JON W. JAMES ORDERING DISGORGEMENT, PREJUDGMENT INTEREST, AND CIVIL PENALTIES** |

On December 1, 2006, the Court entered Judgment of Permanent Injunction and Other Relief Against Defendant Jon W. James, enjoining Jon W. James ("James") from future violations of the federal securities laws. Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Plaintiff Securities and Exchange Commission's Motion for Summary Judgment Against Jon W. James came before the Court on March 24, 2008. The Commission filed its Motion for Summary Judgment Against Jon W. James to resolve the remaining issues in the case: the amount of disgorgement, prejudgment interest, and civil penalties that James should pay. Having considered the argument and evidence presented, the Court enters the following Final Judgment in conjunction with its December 1, 2006 Judgment of Permanent Injunction and Other Relief Against Defendant Jon W. James:

I.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendant James is liable for disgorgement of $3,446,957.80, representing profits gained as a result of the conduct alleged in the Complaint, together with prejudgment interest thereon in the amount of $290,700.62, for a total of $3,737,658.42. James shall satisfy this obligation by paying $3,737,658.42 within ten business days to the permanent receiver in this action, Edythe L. Bronston, c/o Law Offices of Edythe L. Bronston, 14156 Magnolia Blvd., Suite 200, Sherman Oaks, CA 91423, and specifying that payment is being made pursuant to this Final Judgment. James shall simultaneously transmit photocopies of such payment and letter to the Commission's counsel in this action. By making this payment, James relinquishes all legal and equitable right, title, and interest in such funds, and no part of the funds shall be returned to James. James shall pay post-judgment interest on any delinquent amounts pursuant to 28 U.S.C. § 1961.

II.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that James shall pay a civil penalty in the amount of $130,000, pursuant to Section 20(d) of the Securities Act of 1933, 15 U.S.C. § 77t(d), and Section 21(d)(3) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u(d)(3).  James shall make this payment within ten (10) business days after entry of this Final Judgment by certified check, bank cashier's check, or United States postal money order payable to the permanent receiver in this action, Edythe L. Bronston, c/o Law Offices of Edythe L. Bronston, 14156 Magnolia Blvd., Suite 200, Sherman Oaks, CA  91423.  James shall specify that payment is made pursuant to this Final Judgment.  By making this payment, James relinquishes all legal and equitable right, title, and interest in such funds, and no part of the funds shall be returned to James.  James shall pay post-judgment interest on any delinquent amounts pursuant to 28 USC § 1961.

III.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Final Judgment and for purposes of administering the receivership.

IV.

There being no just reason for delay, pursuant to Rule 54(b) of the Federal Rules of Civil Procedure, the Clerk is ordered to enter this Final Judgment forthwith and without further notice.

DATED: March 19, 2008

Honorable Florence Marie Cooper
United States District Judge

- 2 -