JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> JON W. JAMES; J.W. JAMES & ASSOCIATES; J.W. JAMES BORROWING ENTITY, LLC; J.W. JAMES INVESTMENT GROUP FUND ONE, LLC; THE JAMES COMPANY FUND I, LLC; THE JAMES COMPANY BORROWING ENTITY, LLC; VIRTUAL CASH FLOW CORPORATION; THE CLOAKING DEVICE, INC.; and J.W. JAMES ACQUISITIONS, LLC, <br><br> Defendants. | CASE NO. CV 06-4966 MWF (FFMx) <br><br> FINAL JUDGMENT OF MONETARY RELIEF AGAINST DEFENDANTS JON W. JAMES; J.W. JAMES & ASSOCIATES; J.W. JAMES BORROWING ENTITY, LLC; J.W. JAMES INVESTMENT GROUP FUND ONE, LLC; THE JAMES COMPANY FUND I, LLC; THE JAMES COMPANY BORROWING ENTITY, LLC; VIRTUAL CASH FLOW CORPORATION; THE CLOAKING DEVICE, INC.; and J.W. JAMES ACQUISITIONS, LLC |

The Securities & Exchange Commission ("Commission") having filed a Complaint and Defendants J.W. James & Associates, J.W. James Borrowing Entity, LLC, J.W. James Investment Group Fund One, LLC, The James Company Fund I, LLC, The James Company Borrowing Entity, LLC, Virtual Cash Flow Corporation, The Cloaking Device, Inc., and J.W. James Acquisitions, LLC (collectively, the "Entity Defendants") having entered a general appearance; consented to the Court's jurisdiction over Entity Defendants and the subject matter of this action; consented

to entry of this Judgment without admitting or denying the allegations of the Complaint (except as to jurisdiction); waived findings of fact and conclusions of law; and waived any right to appeal from the Judgment:

## I.

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Entity Defendants are liable for disgorgement of $22,000,000.00, together with prejudgment interest thereon in the amount of $7,031.271.46, for a total judgment of $29,031.271.46, to be paid within fourteen days of the filing of the Receiver's final accounting in this action.   Pursuant to one or more plans of distribution submitted or to be submitted by Edythe L. Bronston, the Court-appointed receiver of Entity Defendants ("Receiver"), served on the Commission and approved by the Court, the Entity Defendants shall disgorge all of the funds and assets of the Entity Defendants' estates, less Court-approved fees and expenses of the Receiver.   As to the Entity Defendants, and no other party, liability under this judgment shall be deemed satisfied in full upon the Receiver's completion of the final distribution in the amount of $40,409.74 and the Receiver's filing of a final accounting with this Court.

## II.

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the Consent is incorporated herein with the same force and effect as if fully set forth herein, and that Entity Defendants shall comply with all of the undertakings and agreements set forth therein.

///

///

///

///

///

///

**III.**

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that this Court shall retain jurisdiction of this matter for the purposes of enforcing the terms of this Judgment.

IT IS SO ORDERED.

Dated:  March 27, 2013

_____
HONORABLE MICHAEL W. FITZGERALD
United States District Judge